| **HOUSE SEA WAYBILL COPY** | | **Sea Waybill Number** |
|---|---|---|
| | | SGN00495856 |

| **Exporter** |
|---|
| MOC THANH MANUFACTURING CO., LTD NUMBER 13, ROAD THANH BINH 12 TRUNG TAM HAMLET THANH BINH VILLAGE, TRANG BOM DISTRICT DONG NAI VIET NAM |

| **Consignee** |
|---|
| MARSHALLS OF MA INC. 770 COCHITUATE ROAD FRAMINGHAM MA 01701 UNITED STATES     +17743085239 |

| **Notify Party** |
|---|

FMC NO.025018N

Received by the Carrier, the Goods as specified below in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Sea Waybill to which the Merchant agrees by accepting this Sea Waybill, any local privileges and immunities notwithstanding.

The particulars given below as stated by the Shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.

In WITNESS, whereof one (1) original Sea Waybill has been signed if not otherwise stated below, the same being accomplished the other(s), if any to be void. If required by the Carrier one (1) original Sea Waybill must be surrendered duly endorsed in exchange for the Goods or delivery order.

| **Vessel** | **Voyage** |
|---|---|
| ONE COMMITMENT | 050E |

| **Place of Receipt** | **Port of Loading** | **Destination (if on carr)** | **Release** |
|---|---|---|---|
| HO CHI MINH CITY, VIET NAM | HO CHI MINH CITY, VIET NAM | LOS ANGELES, UNITED STATES | SEA WAYBILL |

| **Shipped On Board** | **Port of Discharge** | **Freight Payable At** | **No. of Original B/L** |
|---|---|---|---|
| 10-Nov-20 | LOS ANGELES, UNITED STATES | FREIGHT COLLECT | 3 (THREE) |

*Details of cargo as declared by Shipper*    Declared Cargo Value U.S.  $_____

| **Marks and Numbers** | **Description of Goods** | **Gross Mass** | **Cubic(M3)** |
|---|---|---|---|
| CONT /SEAL NO. BMOU5277113/ VN828088A/40 HC | 1 x 40HC CONTAINER 360 Carton(s) MT001BAUSBBRN: #20x14x25 USB BRN 1DRW 1DR (SOLID ACACIA) MT002BAUSBBRN:#20x13x28 USB BRN 1DR CAB  (SOLID ACACIA) PO# 0100351492 0600351492 PCS  CTNS  CBM    KGS 90   90   14.400 1,260.00 270  270  43.200 3,780.00 TOTAL 360  360  57.60   5,040 | 5040 KG | 57.6 M3 |
| P.O. # 0100351492 | | | |
| | Consol Ref: C00396555     'Shipper Load Count and Sealed | | |

| Container    Seals | Type | Weight(KG) | Volume(M3) | Packages | Mode |
|---|---|---|---|---|---|
| BMOU5277113 VNVN828088A   360 CTN - 5040 KG - GEN | 40HC | 5040 | 57.6 | 360 CTN | CY/CY* |

| **Delivery Agent** | **Freight and Charges** |
|---|---|
| AIT WORLDWIDE LOGISTICS, INC. 19901 HAMILTON AVE STE D FIRMS Z894 TORRANCE CA 90502 UNITED STATES Phone:  +1 310-538-4383    Fax:  +1 310-538-8274 | |

In witness of the contract herein contained, the above stated number of originals Bills of Lading have been issued, one of which is to be accomplished, the other(s) being void.

AS CARRIER

| **Place Of Issue:** | **Date Of Issue:** |
|---|---|
| HO CHI MINH CITY, VIET NAM | 10-Nov-20 |

| **Place of Acceptance** | **Place of Delivery** | **Total No. of Packages** |
|---|---|---|
| HO CHI MINH CITY, VIET NAM | LOS ANGELES, UNITED STATES | ONE CONTAINER(S) |

SWB-EAG

# COMBINED TRANSPORT BILL OF LADING

| Exporter | HOUSE SEA WAYBILL COPY | Sea Waybill Number |
|---|---|---|
| MOC THANH MANUFACTURING CO. LTD<br>NUMBER 13, ROAD THANH BINH 12 TRUNG TAM HAMLET<br>THANH BINH VILLAGE, TRANG BOM DISTRICT<br>DONG NAI<br>VIET NAM | | SCN00495857 |

**AIT WORLDWIDE LOGISTICS**

FMC NO.025018N

| Consignee | |
|---|---|
| NEWTON BUYING CO. (TJMAXX)<br>770 COCHITUATE RD<br>FRAMINGHAM MA 01701<br>UNITED STATES<br>   +17743085239 | Received by the Carrier, the Goods as specified below in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Sea Waybill to which the Merchant agrees by accepting this Sea Waybill, any local privileges and immunities notwithstanding. |

| Notify Party | The particulars given below as stated by the Shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.<br>In WITNESS, whereof one (1) original Sea Waybill has been signed if not otherwise stated below, the same being accomplished the other(s), if any to be void. If required by the Carrier one (1) original Sea Waybill must be surrendered duly endorsed in exchange for the Goods or delivery order. |
|---|---|

| Vessel | Voyage |
|---|---|
| ONE COMMITMENT | 050E |

| Place of Receipt | Port of Loading | Destination (if on carr) | Release |
|---|---|---|---|
| HO CHI MINH CITY, VIET NAM | HO CHI MINH CITY, VIET NAM | LOS ANGELES, UNITED STATES | SEA WAYBILL |

| Shipped On Board | Port of Discharge | Freight Payable At | No. of Original B/L |
|---|---|---|---|
| 10-Nov-20 | LOS ANGELES, UNITED STATES | FREIGHT COLLECT | 3 (THREE) |

Details of cargo as declared by Shipper    Declared Cargo Value U.S.  $_____

| Marks and Numbers | Description of Goods | Gross Mass | Cubic(M3) |
|---|---|---|---|
| CONT /SEAL<br>NO.<br>BMOU5277113/<br>VN828088A/40<br>HC | 1 x 40HC CONTAINER<br>77 Carton(s)<br>MT001BAUSBBRN: #20x14X25 USB<br>BRN 1DRW 1DR (SOLID ACACIA)<br>MT002BAUSBBRN:#20x13X28 USB<br>BRN 1DR CAB  (SOLID ACACIA)<br>PO#<br>400035143<br>PCS CTNS  CBM   KGS<br>77  77   12.320 1,078.00<br>TOTAL<br>77  77   12.320 1,078.00 | 1078 KG | 12.32 M3 |
| P.O. # 400035143 | | | |
| | Consol Ref: C00396555   'Shipper Load Count and Sealed | | |

| Container | Seals | Type | Weight(KG) | Volume(M3) | Packages | Mode |
|---|---|---|---|---|---|---|
| BMOU5277113 | VNVN828088A | 40HC | 1078 | 12.32 | 77 CTN | CY/CY* |
| 77 CTN - 1078 KG - GEN | | | | | | |

| Delivery Agent | Freight and Charges |
|---|---|
| AIT WORLDWIDE LOGISTICS, INC.<br>19901 HAMILTON AVE STE D<br>FIRMS Z894<br>TORRANCE CA 90502<br>UNITED STATES<br>Phone:  +1 310-538-4383    Fax:   +1 310-538-8274 | |

In witness of the contract herein contained, the above stated number of originals Bills of Lading have been issued, one of which is to be accomplished, the other(s) being void.

AS CARRIER

| Place Of Issue: | Date Of Issue: |
|---|---|
| HO CHI MINH CITY, VIET NAM | 10-Nov-20 |

| Place of Acceptance | Place of Delivery | Total No. of Packages |
|---|---|---|
| HO CHI MINH CITY, VIET NAM | LOS ANGELES, UNITED STATES | ONE CONTAINER(S) |

SWB-EAG

# COMBINED TRANSPORT BILL OF LADING

| Exporter | HOUSE SEA WAYBILL COPY | Sea Waybill Number |
|---|---|---|
| FAR EASTERN HANDICRAFT JOINT STOCK COMPANY<br>BLOCK 9, ALLEY 10, LANE 106<br>HOANG QUOC VIET STR., HANOI, VIETNAM<br>HANOI<br>VIET NAM | | HN00301325 |

**Consignee**

HOMEGOODS
770 COCHITUATE ROAD
FRAMINGHAM MA 01701
UNITED STATES
+17743085239

**Notify Party**

**AIT WORLDWIDE LOGISTICS®**

FMC NO.025018N

Received by the Carrier, the Goods as specified below in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Sea Waybill to which the Merchant agrees by accepting this Sea Waybill, any local privileges and customs notwithstanding.

The particulars given below as stated by the Shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.

In WITNESS, whereof one (1) original Sea Waybill has been signed if not otherwise stated below, the same being accomplished the other(s), if any to be void. If required by the Carrier one (1) original Sea Waybill must be surrendered duly endorsed in exchange for the Goods or delivery order.

| Vessel | | Voyage |
|---|---|---|
| ONE COMMITMENT | | 050E |

| Place of Receipt | Port of Loading | Destination (if on carr) | Release |
|---|---|---|---|
| HAIPHONG, VIET NAM | HAIPHONG, VIET NAM | LOS ANGELES, UNITED STATES | SEA WAYBILL |

| Shipped On Board | Port of Discharge | Freight Payable At | No. of Original B/L |
|---|---|---|---|
| 14-Nov-20 | LOS ANGELES, UNITED STATES | FREIGHT COLLECT | 3 (THREE) |

*Details of cargo as declared by Shipper*     Declared Cargo Value U.S.  $_____

| Marks and Numbers | Description of Goods | | | | | Gross Mass | Cubic(M3) |
|---|---|---|---|---|---|---|---|
| Cont /seal no.<br>SEGU5868962/VN956026A | 1 x 45HC CONTAINER<br>169 Carton(s)<br>HANDICRAFT PRODUCTS | | | | | 3599.7 KG | 76.96 M3 |
| | PO# | PCS | CTNS | CBM | KGS | | |
| | 10 922838 | 45 | 5 | 2.28 | 106.50 | | |
| | 20 922838 | 1,188 | 132 | 60.11 | 2,811.60 | | |
| | 40 922838 | 54 | 6 | 2.73 | 127.80 | | |
| | 50 922838 | 216 | 24 | 10.93 | 511.20 | | |
| | 70 922838 | 18 | 2 | 0.91 | 42.60 | | |
| | | | | | | | |
| | TOTAL | 1,521 | 169 | 76.96 | 3,599.70 | | |
| | Consol Ref: C00397825 | | | *Shipper Load and Count | | | |

| Container | Seals | Type | Weight(KG) | Volume(M3) | Packages | Mode |
|---|---|---|---|---|---|---|
| SEGU5868962 | VN956026A | 45HC | 3599.7 | 76.96 | 169 CTN | CY/CY* |
| 169 CTN - 3599.7 KG - GEN | | | | | | |

| Delivery Agent | Freight and Charges |
|---|---|
| AIT WORLDWIDE LOGISTICS, INC.<br>19901 HAMILTON AVE STE D<br>FIRMS Z894<br>TORRANCE CA 90502<br>UNITED STATES<br>Phone:  +1 310-538-4383    Fax:  +1 310-538-8274 | |

In witness of the contract herein contained, the above stated number of originals Bills of Lading have been issued, one of which is to be accomplished, the other(s) being void.

AS CARRIER

| Place Of Issue: | Date Of Issue: |
|---|---|
| HAIPHONG, VIET NAM | 14-Nov-20 |

| Place of Acceptance | Place of Delivery | Total No. of Packages |
|---|---|---|
| HAIPHONG, VIET NAM | LOS ANGELES, UNITED STATES | ONE CONTAINER(S) |

SWB-EAG

# COMBINED TRANSPORT BILL OF LADING

| Exporter | | | | HOUSE SEA WAYBILL COPY | Sea Waybill Number |
|---|---|---|---|---|---|
| FAR EASTERN HANDICRAFT JOINT STOCK COMPANY BLOCK 9, ALLEY 10, LANE 106 HOANG QUOC VIET STR., HANOI, VIETNAM HANOI VIET NAM | | | | | HN00499955 |

| Consignee |
|---|
| HOMEGOODS 770 COCHITUATE ROAD FRAMINGHAM MA 01701 UNITED STATES     +17743085239 |

| Notify Party |
|---|
| |

FMC NO.025018N

Received by the Carrier, the Goods as specified below in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Sea Waybill to which the Merchant agrees by accepting this Sea Waybill, any local privileges and customs notwithstanding.
The particulars given below as stated by the Shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.
In WITNESS, whereof one (1) original Sea Waybill has been signed if not otherwise stated below, the same being accomplished the other(s), if any to be void. If required by the Carrier one (1) original Sea Waybill must be surrendered duly endorsed in exchange for the Goods or delivery order.

| Vessel | | Voyage | |
|---|---|---|---|
| ONE APUS | | 006E | |

| Place of Receipt | Port of Loading | Destination (if on carr) | Release |
|---|---|---|---|
| HAIPHONG, VIET NAM | HAIPHONG, VIET NAM | LOS ANGELES, UNITED STATES | SEA WAYBILL |

| Shipped On Board | Port of Discharge | Freight Payable At | No. of Original B/L |
|---|---|---|---|
| 13-Nov-20 | LOS ANGELES, UNITED STATES | FREIGHT COLLECT | 3 (THREE) |

*Details of cargo as declared by Shipper*

Declared Cargo Value U.S. $_____

| Marks and Numbers | Description of Goods | Gross Mass | Cubic(M3) |
|---|---|---|---|
| Cont /seal no. MOEU1402700 / VN955108A | 1 x 45HC CONTAINER 167 Carton(s) HANDICRAFT PRODUCTS PO# 20 922838 50 922838 70 922838 PCS   CTNS   CBM    KGS 396    44    20.04   937.2 648    72    32.79   1533.6 459    51    23.23   1086.3 TOTAL: 1503  167   76.06   3557.1 | 3557.1 KG | 76.06 M3 |
| | Consol Ref: C00397370            *Shipper Load and Count* | | |

| Container   Seals | Type | Weight(KG) | Volume(M3) | Packages | Mode |
|---|---|---|---|---|---|
| MOEU1402700 VN955108A   167 CTN - 3557.1 KG - GEN | 45HC | 3557.1 | 76.06 | 167 CTN | CY/CY* |

| Delivery Agent | Freight and Charges |
|---|---|
| AIT WORLDWIDE LOGISTICS, INC. 19901 HAMILTON AVE STE D FIRMS Z894 TORRANCE CA 90502 UNITED STATES Phone:   +1 310-538-4383    Fax:   +1 310-538-8274 | |

In witness of the contract herein contained, the above stated number of originals Bills of Lading have been issued, one of which is to be accomplished, the other(s) being void.

AS CARRIER

| Place Of Issue: | Date Of Issue: |
|---|---|
| HAIPHONG, VIET NAM | 13-Nov-20 |

| Place of Acceptance | Place of Delivery | Total No. of Packages |
|---|---|---|
| HAIPHONG, VIET NAM | LOS ANGELES, UNITED STATES | ONE CONTAINER(S) |

SWB-EAG

# COMBINED TRANSPORT BILL OF LADING

| Exporter | | HOUSE SEA WAYBILL COPY | | Sea Waybill Number |
|---|---|---|---|---|
| FAR EASTERN HANDICRAFT JOINT STOCK COMPANY BLOCK 9, ALLEY 10, LANE 106 HOANG QUOC VIET STR., HANOI, VIETNAM HANOI VIET NAM | | | | HN000499954 |

**Consignee**

HOMEGOODS
770 COCHITUATE ROAD
FRAMINGHAM MA 01701
UNITED STATES
    +17743085239

FMC NO.025018N

**Notify Party**

Received by the Carrier, the Goods as specified below in apparent good order and condition unless otherwise stated, the Goods to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Sea Waybill to which the Merchant agrees by accepting this Sea Waybill, any local privileges and customs notwithstanding.
The particulars given below as stated by the Shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.
In WITNESS, whereof one (1) original Sea Waybill has been signed if not otherwise stated below, the same being accomplished the other(s), if any to be void. If required by the Carrier one (1) original Sea Waybill must be surrendered duly endorsed in exchange for the Goods or delivery order.

| Vessel | Voyage |
|---|---|
| ONE APUS | 006E |

| Place of Receipt | Port of Loading | Destination (if on carr) | Release |
|---|---|---|---|
| HAIPHONG, VIET NAM | HAIPHONG, VIET NAM | LOS ANGELES, UNITED STATES | SEA WAYBILL |

| Shipped On Board | Port of Discharge | Freight Payable At | No. of Original B/L |
|---|---|---|---|
| 13-Nov-20 | LOS ANGELES, UNITED STATES | FREIGHT COLLECT | 3 (THREE) |

*Details of cargo as declared by Shipper*                     Declared Cargo Value U.S. $_____

| Marks and Numbers | Description of Goods | Gross Mass | Cubic(M3) |
|---|---|---|---|
| Cont /seal no. TCNU4260634 /  VN978769A | 1 x 40HC CONTAINER 154 Carton(s) HANDICRAFT PRODUCTS PO# 70 922838 PCS   CTNS   CBM    KGS 1386  154   70.14  3280.2 TOTAL: 1386  154   70.14  3280.2 | 3280.2 KG | 70.14 M3 |
| | Consol Ref: C00397368          *Shipper Load and Count | | |

| Container   Seals | Type | Weight(KG) | Volume(M3) | Packages | Mode |
|---|---|---|---|---|---|
| TCNU4260634 VN978769A    154 CTN - 3280.2 KG - GEN | 40HC | 3280.2 | 70.14 | 154 CTN | CY/CY* |

| Delivery Agent | Freight and Charges |
|---|---|
| AIT WORLDWIDE LOGISTICS, INC. 19901 HAMILTON AVE STE D FIRMS Z894 TORRANCE CA 90502 UNITED STATES Phone:  +1 310-538-4383    Fax:   +1 310-538-8274 | |

In witness of the contract herein contained, the above stated number of originals Bills of Lading have been issued, one of which is to be accomplished, the other(s) being void.

AS CARRIER

| Place Of Issue: | Date Of Issue: |
|---|---|
| HAIPHONG, VIET NAM | 13-Nov-20 |

| Place of Acceptance | Place of Delivery | Total No. of Packages |
|---|---|---|
| HAIPHONG, VIET NAM | LOS ANGELES, UNITED STATES | ONE CONTAINER(S) |

SWB-EAG

# COMBINED TRANSPORT BILL OF LADING

| **Exporter** | | **HOUSE SEA WAYBILL COPY** | | **Sea Waybill Number** |
|---|---|---|---|---|
| FAR EASTERN HANDICRAFT JOINT STOCK COMPANY<br>BLOCK 9, ALLEY 10, LANE 106<br>HOANG QUOC VIET STR., HANOI, VIETNAM<br>HANOI<br>VIET NAM | | | | HAN06459953 |

**AIT WORLDWIDE LOGISTICS** ®

FMC NO.025018N

| **Consignee** | |
|---|---|
| HOMEGOODS<br>770 COCHITUATE ROAD<br>FRAMINGHAM MA 01701<br>UNITED STATES<br>  +17743085239 | |

Received by the Carrier, the Goods as specified below in apparent good order and condition unless otherwise stated, the Goods to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Sea Waybill to which the Merchant agrees by accepting this Sea Waybill, any local privileges and customs notwithstanding.

**Notify Party**

The particulars given below as stated by the Shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.
In WITNESS, whereof one (1) original Sea Waybill has been signed if not otherwise stated below, the same being accomplished the other(s), if any to be void. If required by the Carrier one (1) original Sea Waybill must be surrendered duly endorsed in exchange for the Goods or delivery order.

| **Vessel** | | **Voyage** |
|---|---|---|
| ONE APUS | | 006E |

| **Place of Receipt** | **Port of Loading** | **Destination (if on carr)** | **Release** |
|---|---|---|---|
| HAIPHONG, VIET NAM | HAIPHONG, VIET NAM | LOS ANGELES, UNITED STATES | SEA WAYBILL |

| **Shipped On Board** | **Port of Discharge** | **Freight Payable At** | **No. of Original B/L** |
|---|---|---|---|
| 13-Nov-20 | LOS ANGELES, UNITED STATES | FREIGHT COLLECT | 3 (THREE) |

*Details of cargo as declared by Shipper*     Declared Cargo Value U.S.  $_____

| **Marks and Numbers** | **Description of Goods** | **Gross Mass** | **Cubic(M3)** |
|---|---|---|---|
| Cont /seal no.<br>TGHU6908409 / VN978814A | 1 x 40HC CONTAINER<br>154 Carton(s)<br>HANDICRAFT PRODUCTS<br>PO#<br>40 922838<br>PCS   CTNS   CBM     KGS<br>1386  154   70.14   3280.2<br>TOTAL:<br>1386  154   70.14   3280.2 | 3280.2 KG | 70.14 M3 |
| | Consol Ref: C00397366          *Shipper Load and Count* | | |

| Container | Seals | Type | Weight(KG) | Volume(M3) | Packages | Mode |
|---|---|---|---|---|---|---|
| TGHU6908409 | VN978814A | 40HC | 3280.2 | 70.14 | 154 CTN | CY/CY* |
| 154 CTN - 3280.2 KG - GEN | | | | | | |

| **Delivery Agent** | **Freight and Charges** |
|---|---|
| AIT WORLDWIDE LOGISTICS, INC.<br>19901 HAMILTON AVE STE D<br>FIRMS Z894<br>TORRANCE CA 90502<br>UNITED STATES<br>Phone:  +1 310-538-4383    Fax:  +1 310-538-8274 | |

In witness of the contract herein contained, the above stated number of originals Bills of Lading have been issued, one of which is to be accomplished, the other(s) being void.

AS CARRIER

| **Place Of Issue:** | **Date Of Issue:** |
|---|---|
| HAIPHONG, VIET NAM | 13-Nov-20 |

| **Place of Acceptance** | **Place of Delivery** | **Total No. of Packages** |
|---|---|---|
| HAIPHONG, VIET NAM | LOS ANGELES, UNITED STATES | ONE CONTAINER(S) |

SWB-EAG

# COMBINED TRANSPORT BILL OF LADING

| **Exporter** | **HOUSE SEA WAYBILL COPY** | **Sea Waybill Number** |
|---|---|---|
| FAR EASTERN HANDICRAFT JOINT STOCK COMPANY<br>BLOCK 9, ALLEY 10, LANE 106<br>HOANG QUOC VIET STR., HANOI, VIETNAM<br>HANOI<br>VIET NAM | | HAN06499951 |

**AIT WORLDWIDE LOGISTICS**

FMC NO.025018N

| **Consignee** | Received by the Carrier, the Goods as specified below in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Sea Waybill to which the Merchant agrees by accepting this Sea Waybill, any local privileges and customs notwithstanding. |
|---|---|
| HOMEGOODS<br>770 COCHITUATE ROAD<br>FRAMINGHAM MA 01701<br>UNITED STATES<br>    +17743085239 | |

| **Notify Party** | The particulars given below as stated by the Shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.<br>In WITNESS, whereof one (1) original Sea Waybill has been signed if not otherwise stated below, the same being accomplished the other(s), if any to be void. If required by the Carrier one (1) original Sea Waybill must be surrendered duly endorsed in exchange for the Goods or delivery order. |
|---|---|

| **Vessel** | **Voyage** | |
|---|---|---|
| ONE APUS | 006E | |

| **Place of Receipt** | **Port of Loading** | **Destination (if on carr)** | **Release** |
|---|---|---|---|
| HAIPHONG, VIET NAM | HAIPHONG, VIET NAM | LOS ANGELES, UNITED STATES | SEA WAYBILL |

| **Shipped On Board** | **Port of Discharge** | **Freight Payable At** | **No. of Original B/L** |
|---|---|---|---|
| 13-Nov-20 | LOS ANGELES, UNITED STATES | FREIGHT COLLECT | 3 (THREE) |

*Details of cargo as declared by Shipper*    Declared Cargo Value U.S. $_____

| **Marks and Numbers** | **Description of Goods** | **Gross Mass** | **Cubic(M3)** |
|---|---|---|---|
| Cont /seal no.<br>SEGU4305408/VN978811A | 1 x 40HC CONTAINER<br>155 Carton(s)<br>HANDICRAFT PRODUCTS<br>PO#<br>10 922838<br>30 922838<br>PCS  CTNS  CBM    KGS<br>459   51    23.23  1086.3<br>936  104  47.36  2215.2<br>TOTAL:<br>1395 155  70.59  3301.5 | 3301.5 KG | 70.59 M3 |
| | Consol Ref: C00397363      *Shipper Load and Count* | | |

| Container | Seals | Type | Weight(KG) | Volume(M3) | Packages | Mode |
|---|---|---|---|---|---|---|
| SEGU4305408 | VN978811A | 40HC | 3301.5 | 70.59 | 155 CTN | CY/CY* |
| 155 CTN - 3301.5 KG - GEN | | | | | | |

| **Delivery Agent** | **Freight and Charges** |
|---|---|
| AIT WORLDWIDE LOGISTICS, INC.<br>19901 HAMILTON AVE STE D<br>FIRMS Z894<br>TORRANCE CA 90502<br>UNITED STATES<br>Phone:  +1 310-538-4383    Fax:  +1 310-538-8274 | |
| In witness of the contract herein contained, the above stated number of originals Bills of Lading have been issued, one of which is to be accomplished, the other(s) being void.<br><br>AS CARRIER | |

| **Place Of Issue:** | **Date Of Issue:** | |
|---|---|---|
| HAIPHONG, VIET NAM | 13-Nov-20 | |

| **Place of Acceptance** | **Place of Delivery** | **Total No. of Packages** |
|---|---|---|
| HAIPHONG, VIET NAM | LOS ANGELES, UNITED STATES | ONE CONTAINER(S) |

SWB-EAG

# COMBINED TRANSPORT BILL OF LADING

| Exporter | | **HOUSE SEA WAYBILL COPY** | **Sea Waybill Number** |
|---|---|---|---|
| BACNINH MANUFACTURE AND TRADING CO.,LTD<br>NO. 5 LANE 43/98 CO NHUE STR.,<br>CO NHUE 2 WARD., BAC TU LIEM DIST.,<br>HANOI<br>VIET NAM | | | HAN0645875 |

**Consignee**

HOMEGOODS
770 COCHITUATE ROAD
FRAMINGHAM MA 01701
UNITED STATES
    +17743085239

FMC NO.025018N

Received by the Carrier, the Goods as specified below in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Sea Waybill to which the Merchant agrees by accepting this Sea Waybill. Any local privileges and customs notwithstanding.
The particulars given below as stated by the Shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.
In WITNESS, whereof one (1) original Sea Waybill has been signed if not otherwise stated below, the same being accomplished the other(s), if any to be void. If required by the Carrier one (1) original Sea Waybill must be surrendered duly endorsed in exchange for the Goods or delivery order.

**Notify Party**

| Vessel | | Voyage |
|---|---|---|
| ONE CRANE | | 018E |

| Place of Receipt | Port of Loading | Destination (if on carr) | Release |
|---|---|---|---|
| HAIPHONG, VIET NAM | HAIPHONG, VIET NAM | LONG BEACH, UNITED STATES | SEA WAYBILL |

| Shipped On Board | Port of Discharge | Freight Payable At | No. of Original B/L |
|---|---|---|---|
| 09-Nov-20 | LONG BEACH, UNITED STATES | FREIGHT COLLECT | 3 (THREE) |

*Details of cargo as declared by Shipper*

Declared Cargo Value U.S. $_____

| Marks and Numbers | Description of Goods | Gross Mass | Cubic(M3) |
|---|---|---|---|
| CONT /SEAL<br>NO.<br>TEMU8745700/<br>YMAI174221 | 1 x 40HC CONTAINER<br>816 Carton(s)<br>DECORATIVE ITEMS   PRODUCTS<br>PO#<br>1000936548<br>2000936548<br>3000936548<br>4000936548<br>5000936548<br>7000936548<br>PCS   CTNS   CBM    KGS<br>656   82    1.85    492.00<br>656   82    1.85    492.00<br>976   122   2.76    732.00<br>1952  244   5.52    1464.00<br>1312  164   3.71    984.00<br>976   122   2.76    732.00<br>TOTAL<br>6,528  816  18.45  4,896.00 | 4896 KG | 18.45 M3 |
| P.O. # 1000936548 | Consol Ref: C00394756          *Shipper Load and Count* | | |

| Container    Seals | | Type | Weight(KG) | Volume(M3) | Packages | Mode |
|---|---|---|---|---|---|---|
| TEMU8745700 YMAI174221<br>    816 CTN - 4896 KG - GEN | | 40HC | 4896 | 18.45 | 816 CTN | CY/CY* |

| Delivery Agent | Freight and Charges |
|---|---|
| AIT WORLDWIDE LOGISTICS, INC.<br>19901 HAMILTON AVE STE D<br>FIRMS Z894<br>TORRANCE CA 90502<br>UNITED STATES<br>Phone:   +1 310-538-4383    Fax:    +1 310-538-8274 | |

In witness of the contract herein contained, the above stated number of originals Bills of Lading have been issued, one of which to be accomplished, the other(s) being void.

AS CARRIER

| Place Of Issue: | Date Of Issue: |
|---|---|
| HAIPHONG, VIET NAM | 09-Nov-20 |

| Place of Acceptance | Place of Delivery | Total No. of Packages |
|---|---|---|
| HAIPHONG, VIET NAM | LONG BEACH, UNITED STATES | ONE CONTAINER(S) |

SWB-EAG

# COMBINED TRANSPORT BILL OF LADING

| Exporter | | HOUSE SEA WAYBILL | Sea Waybill Number |
|---|---|---|---|
| BACNINH MANUFACTURE AND TRADING CO.,LTD<br>NO. 5 LANE 43/98 CO NHUE STR.,<br>CO NHUE 2 WARD., BAC TU LIEM DIST.,<br>HANOI<br>VIET NAM | | COPY | HAN06455876 |

FMC NO.025018N

**Received by the Carrier, the Goods as specified below in apparent good order and condition** unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Sea Waybill to which the Merchant agrees by accepting this Sea Waybill, any local privileges and customs notwithstanding.
The particulars given below as stated by the Shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.
In WITNESS, whereof one (1) original Sea Waybill has been signed if not otherwise stated below, the same being accomplished the other(s), if any to be void. If required by the Carrier one (1) original Sea Waybill must be surrendered duly endorsed in exchange for the Goods or delivery order.

**Consignee**

MARSHALLS OF MA INC.
770 COCHITUATE ROAD
FRAMINGHAM MA 01701
UNITED STATES
    +17743085239

**Notify Party**

| Vessel | | Voyage |
|---|---|---|
| ONE CRANE | | 018E |

| Place of Receipt | Port of Loading | Destination (if on carr) | Release |
|---|---|---|---|
| HAIPHONG, VIET NAM | HAIPHONG, VIET NAM | LONG BEACH, UNITED STATES | SEA WAYBILL |

| Shipped On Board | Port of Discharge | Freight Payable At | No. of Original B/L |
|---|---|---|---|
| 09-Nov-20 | LONG BEACH, UNITED STATES | FREIGHT COLLECT | 3 (THREE) |

*Details of cargo as declared by Shipper*

Declared Cargo Value U.S.  $_____

| Marks and Numbers | Description of Goods | Gross Mass | Cubic(M3) |
|---|---|---|---|
| CONT /SEAL<br>NO.<br>TEMU8745700/<br>YMAI174221 | 1 x 40HC CONTAINER<br>1008 Carton(s)<br>DECORATIVE ITEMS   PRODUCTS<br>PO#<br>0100375985<br>0600375985<br>0700375985<br>0800375985<br>PCS    CTNS   CBM    KGS<br>1326   221    4.28   1236.00<br>1938   323    6.26   1808.00<br>1572   262    5.07   1466.00<br>1212   202    3.91   1130.00<br>TOTAL<br>6,048   1,008  19.52  5,640.00 | 5640 KG | 19.52 M3 |
| P.O. # 0100375985 | Consol Ref: C00394756          *Shipper Load and Count | | |

| Container    Seals | Type | Weight(KG) | Volume(M3) | Packages | Mode |
|---|---|---|---|---|---|
| TEMU8745700 YMAI174221<br>  1008 CTN - 5640 KG - GEN | 40HC | 5640 | 19.52 | 1008 CTN | CY/CY* |

| Delivery Agent | Freight and Charges |
|---|---|
| AIT WORLDWIDE LOGISTICS, INC.<br>19901 HAMILTON AVE STE D<br>FIRMS Z894<br>TORRANCE CA 90502<br>UNITED STATES<br>Phone:  +1 310-538-4383    Fax:   +1 310-538-8274 | |

In witness of the contract herein contained, the above stated number of originals Bills of Lading have been issued, one of which is to be accomplished, the other(s) being void.

AS CARRIER

| Place Of Issue: | Date Of Issue: | |
|---|---|---|
| HAIPHONG, VIET NAM | 09-Nov-20 | |

| Place of Acceptance | Place of Delivery | Total No. of Packages |
|---|---|---|
| HAIPHONG, VIET NAM | LONG BEACH, UNITED STATES | ONE CONTAINER(S) |

SWB-EAG

# COMBINED TRANSPORT BILL OF LADING

| Exporter | HOUSE SEA WAYBILL COPY | Sea Waybill Number |
|---|---|---|
| BACNINH MANUFACTURE AND TRADING CO.,LTD NO. 5 LANE 43/98 CO NHUE STR., CO NHUE 2 WARD., BAC TU LIEM DIST., HANOI VIET NAM | | AIN06455877 |



FMC NO.025018N

**Consignee**

NEWTON BUYING CO. (TJMAXX)
770 COCHITUATE RD
FRAMINGHAM MA 01701
UNITED STATES
     +17743085239

Received by the Carrier, the Goods as specified below in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Sea Waybill to which the Merchant agrees by accepting this Sea Waybill, any local privileges and customs notwithstanding.
The particulars given below as stated by the Shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.
In WITNESS, whereof one (1) original Sea Waybill has been signed if not otherwise stated below, the same being accomplished the other(s), if any to be void. If required by the Carrier one (1) original Sea Waybill must be surrendered duly endorsed in exchange for the Goods or delivery order.

**Notify Party**

| Vessel | | Voyage |
|---|---|---|
| ONE CRANE | | 018E |

| Place of Receipt | Port of Loading | Destination (if on carr) | Release |
|---|---|---|---|
| HAIPHONG, VIET NAM | HAIPHONG, VIET NAM | LONG BEACH, UNITED STATES | SEA WAYBILL |

| Shipped On Board | Port of Discharge | Freight Payable At | No. of Original B/L |
|---|---|---|---|
| 09-Nov-20 | LONG BEACH, UNITED STATES | FREIGHT COLLECT | 3 (THREE) |

*Details of cargo as declared by Shipper*

Declared Cargo Value U.S.  $_____

| Marks and Numbers | Description of Goods | Gross Mass | Cubic(M3) |
|---|---|---|---|
| CONT /SEAL NO. TEMU8745700/ YMAI174221 | 1 x 40HC CONTAINER 1200 Carton(s) DECORATIVE ITEMS   PRODUCTS PO# 1000375971 4000375971 6000375971 7000375971 8000375971 | 7200 KG | 27.17 M3 |
| | PCS   CTNS   CBM    KGS 1248   156   3.54   936.00 1920   240   5.43  1440.00 1824   228   5.17   1368.00 2976   372   8.41   2232.00 1,632   204   4.62   1,224.00 TOTAL 9,600   1,200   27.17 7,200.00 | | |
| P.O. # 1000375971 | | | |
| | Consol Ref: C00394756              *Shipper Load and Count | | |

| Container    Seals | | Type | Weight(KG) | Volume(M3) | Packages | Mode |
|---|---|---|---|---|---|---|
| TEMU8745700 YMAI174221   1200 CTN - 7200 KG - GEN | | 40HC | 7200 | 27.17 | 1200 CTN | CY/CY* |

| Delivery Agent | Freight and Charges |
|---|---|
| AIT WORLDWIDE LOGISTICS, INC. 19901 HAMILTON AVE STE D FIRMS Z894 TORRANCE CA 90502 UNITED STATES Phone:   +1 310-538-4383    Fax:   +1 310-538-8274 | |

In witness of the contract herein contained, the above stated number of originals Bills of Lading have been issued, one of which is to be accomplished, the other(s) being void.

AS CARRIER

| Place Of Issue: | Date Of Issue: |
|---|---|
| HAIPHONG, VIET NAM | 09-Nov-20 |

| Place of Acceptance | Place of Delivery | Total No. of Packages |
|---|---|---|
| HAIPHONG, VIET NAM | LONG BEACH, UNITED STATES | ONE CONTAINER(S) |

SWB-EAG

# COMBINED TRANSPORT BILL OF LADING

**HOUSE SEA WAYBILL COPY**

| Exporter | Sea Waybill Number |
|---|---|
| PHU MY KHANG CO.,LTD<br>BAU DE WARD, THANH HOA HAMLET, HO NAI 3 COMMUNE<br>TRANG BOM DISTRICT, DONG NAI PROVINCE<br>DONG NAI<br>VIET NAM | SGN06458184 |

FMC NO.025018N

**Consignee**

HOMEGOODS
770 COCHITUATE ROAD
FRAMINGHAM MA 01701
UNITED STATES
    +17743085239

Received by the Carrier, the Goods as specified below in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Sea Waybill to which the Merchant agrees by accepting this Sea Waybill, any local privileges and customs notwithstanding.

**Notify Party**

The particulars given below as stated by the Shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.
In WITNESS, whereof one (1) original Sea Waybill has been signed if not otherwise stated below, the same being accomplished the other(s), if any to be void. If required by the Carrier one (1) original Sea Waybill must be surrendered duly endorsed in exchange for the Goods or delivery order.

| Vessel | Voyage |
|---|---|
| ONE COMMITMENT | 050E |

| Place of Receipt | Port of Loading | Destination (if on carr) | Release |
|---|---|---|---|
| HO CHI MINH CITY, VIET NAM | HO CHI MINH CITY, VIET NAM | LOS ANGELES, UNITED STATES | SEA WAYBILL |

| Shipped On Board | Port of Discharge | Freight Payable At | No. of Original B/L |
|---|---|---|---|
| 10-Nov-20 | LOS ANGELES, UNITED STATES | FREIGHT COLLECT | 3 (THREE) |

*Details of cargo as declared by Shipper*    Declared Cargo Value U.S. $_____

| Marks and Numbers | Description of Goods | Gross Mass | Cubic(M3) |
|---|---|---|---|
| BMOU5750503/YMAH713669/<br>40HC | 1 x 40HC CONTAINER<br>94 Carton(s)<br>CHAT SET<br>PO#      PCS    CTNS   CBM    KGS<br>2000937742  94     94    66.76  3,760.00<br>total        94     94    66.76  3,760 | 3760 KG | 66.76 M3 |
| P.O. # 2000937742 | Consol Ref: C00395558       Shipper Load Count and Sealed | | |

| Container | Seals | Type | Weight(KG) | Volume(M3) | Packages | Mode |
|---|---|---|---|---|---|---|
| BMOU5750503 | YMAH713669 | 40HC | 3760 | 66.76 | 94 CTN | CY/CY* |
| 94 CTN - 3760 KG - GEN | | | | | | |

| Delivery Agent | Freight and Charges |
|---|---|
| AIT WORLDWIDE LOGISTICS, INC.<br>19901 HAMILTON AVE STE D<br>FIRMS Z894<br>TORRANCE CA 90502<br>UNITED STATES<br>Phone:  +1 310-538-4383   Fax:  +1 310-538-8274 | |

In witness of the contract herein contained, the above stated number of originals Bills of Lading have been issued, one of which is to be accomplished, the other(s) being void.

AS CARRIER

| Place Of Issue: | Date Of Issue: |
|---|---|
| HO CHI MINH CITY, VIET NAM | 10-Nov-20 |

| Place of Acceptance | Place of Delivery | Total No. of Packages |
|---|---|---|
| HO CHI MINH CITY, VIET NAM | LOS ANGELES, UNITED STATES | ONE CONTAINER(S) |

SWB-EAG

# COMBINED TRANSPORT BILL OF LADING

| Exporter | | HOUSE SEA WAYBILL COPY | | Sea Waybill Number | |
|---|---|---|---|---|---|
| PHU MY KHANG CO., LTD BAU DE WARD, THANH HOA HAMLET, HO NAI 3 COMMUNE TRANG BOM DISTRICT, DONG NAI PROVINCE DONG NAI VIET NAM | | | | SWN006458185 | |

| Consignee |
|---|
| HOMEGOODS 770 COCHITUATE ROAD FRAMINGHAM MA 01701 UNITED STATES     +17743085239 |

FMC NO.025018N

Received by the Carrier, the Goods as specified below in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Sea Waybill to which the Merchant agrees by accepting this Sea Waybill, any local privileges and customs notwithstanding.
The particulars given below as stated by the Shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.
In WITNESS, whereof one (1) original Sea Waybill has been signed if not otherwise stated below, the same being accomplished the other(s), if any to be void. If required by the Carrier one (1) original Sea Waybill must be surrendered duly endorsed in exchange for the Goods or delivery order.

| Notify Party |
|---|
| |

| Vessel | | Voyage |
|---|---|---|
| ONE COMMITMENT | | 050E |

| Place of Receipt | Port of Loading | Destination (if on carr) | Release |
|---|---|---|---|
| HO CHI MINH CITY, VIET NAM | HO CHI MINH CITY, VIET NAM | LOS ANGELES, UNITED STATES | SEA WAYBILL |

| Shipped On Board | Port of Discharge | Freight Payable At | No. of Original B/L |
|---|---|---|---|
| 10-Nov-20 | LOS ANGELES, UNITED STATES | FREIGHT COLLECT | 3 (THREE) |

*Details of cargo as declared by Shipper*

Declared Cargo Value U.S. $_____

| Marks and Numbers | Description of Goods | Gross Mass | Cubic(M3) |
|---|---|---|---|
| | 1 x 40HC CONTAINER 94 Carton(s) CHAT SET | 3760 KG | 66.76 M3 |
| | PO#          PCS    CTNS    CBM    KGS 1000937742   56     56    39.77   2,240.00 2000937742   38     38    26.99   1,520.00 total        94     94    66.76   3,760 | | |
| P.O. # 1000937742 | | | |
| | Consol Ref: C00395560      *Shipper Load Count and Sealed | | |

| Container    Seals | Type | Weight(KG) | Volume(M3) | Packages | Mode |
|---|---|---|---|---|---|
| MAGU5659551 YMAH691600 94 CTN - 3760 KG - GEN | 40HC | 3760 | 66.76 | 94 CTN | CY/CY* |

| Delivery Agent | Freight and Charges |
|---|---|
| AIT WORLDWIDE LOGISTICS, INC. 19901 HAMILTON AVE STE D FIRMS Z894 TORRANCE CA 90502 UNITED STATES Phone:   +1 310-538-4383    Fax:   +1 310-538-8274 | |

In witness of the contract herein contained, the above stated number of originals Bills of Lading have been issued, one of which to be accomplished, the other(s) being void.

AS CARRIER

| Place Of Issue: | Date Of Issue: |
|---|---|
| HO CHI MINH CITY, VIET NAM | 10-Nov-20 |

| Place of Acceptance | Place of Delivery | Total No. of Packages |
|---|---|---|
| HO CHI MINH CITY, VIET NAM | LOS ANGELES, UNITED STATES | ONE CONTAINER(S) |

SWB-EAG

# COMBINED TRANSPORT BILL OF LADING