```
UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK
----------------------------------------X
IN RE:                                           22-md-3028 (PAE)

ONE APUS CONTAINER SHIP INCIDENT                 ANSWER TO CROSS-
ON NOVEMBER 30, 2020                             CLAIM WITH
                                                 AFFIRMATIVE
This Document Relates to Mitsui                  DEFENSES
Sumitomo Insurance Co. of America,
et al., Case No. 22 Civ. 08233
----------------------------------------X
```

Defendant YANG MING MARINE TRANSPORT CORP. ("answering defendant"), by its attorneys Mahoney & Keane, LLP, answers the Cross-Claim of Defendant MCL-MULTI CONTAINER LINE INC. d/b/a TRANSPAC CARGOLINE ("TRANSPAC") upon information and belief as follows:

1. Answering Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "1", "2", "3", "4", "5", "6", "7", "8", "10", "11", "13", "14", "15", "18", "19", "20", "21", "22", and "23" of TRANSPAC's Cross-Claim.

2. Answering Defendant denies the allegations contained in paragraphs "9", "12", "16", and "17" of TRANSPAC's Cross-Claim.

**AS AND FOR AN ANSWER TO THE FIRST CLAIM FOR RELIEF**

3. Answering Defendant repeats and reiterates its responses to the allegations contained in paragraphs "1" through "23" of TRANSPAC's Cross-Claim as if fully set forth herein at length in response to paragraph "24" of TRANSPAC's Cross-Claim.

4. Answering Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "25" and "27" of TRANSPAC's Cross-Claim.

5. Answering Defendant denies the allegations contained in paragraphs "26", "28", and "29" of TRANSPAC's Cross-Claim.

## AS AND FOR AN ANSWER TO THE SECOND CLAIM FOR RELIEF

6. Answering Defendant repeats and reiterates its responses to the allegations contained in paragraphs "1" through "23" of TRANSPAC's Cross-Claim as if fully set forth herein at length in response to paragraph "30" of TRANSPAC's Cross-Claim.

7. Answering Defendant denies knowledge or information sufficient to form a belief as to the allegation contained in paragraph "31" of TRANSPAC's Cross-Claim.

8. Answering Defendant denies the allegations contained in paragraphs "32", "33", and "34" of TRANSPAC's Cross-Claim.

## AS AND FOR AN ANSWER TO THE THIRD CLAIM FOR RELIEF

9. Answering Defendant repeats and reiterates its responses to the allegations contained in paragraphs "1" through "23" of TRANSPAC's Cross-Claim as if fully set forth herein at length in response to paragraph "35" of TRANSPAC's Cross-Claim.

10. Answering Defendant denies knowledge or information sufficient to form a belief as to the allegation contained in paragraph "36" of TRANSPAC's Cross-Claim.

11. Answering Defendant denies the allegation contained in paragraphs "37" of TRANSPAC's Cross-Claim.

**AS AND FOR SEPARATE AND COMPLETE AFFIRMATIVE DEFENSES**

12. Answering Defendant repeats, incorporates, and makes applicable to TRANSPAC's Cross-Claim each and every Affirmative Defense contained in Answering Defendant's Answer to plaintiff's Complaint as if fully set forth herein in response to TRANSPAC's Cross-Claim.

WHEREFORE, Answering Defendant demands judgment dismissing TRANSPAC's Cross-Claim and awarding to Answering Defendant costs, fees, including reasonable attorneys' fees and disbursements of this action and additionally requests such other and further relief the Court may deem just and proper.

Dated:  New York, New York
        March 3, 2023

                        MAHONEY & KEANE, LLP
                        Attorneys for Defendant
                        YANG MING MARINE TRANSPORT CORP.


                By:  s/ Garth S. Wolfson
                     Edward A. Keane
                     Garth S. Wolfson
                     40 Worth Street, Suite 602
                     New York, New York 10013
                     (212) 385-1422