BROWN GAVALAS & FROMM LLP
*Attorneys for Defendant*
DANMAR LINES AG
60 East 42nd Street, Suite 4600
New York, New York 10165
(212) 983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA; THE CONTINENTAL INSURANCE COMPANY; AFFILIATED FM INSURANCE COMPANY; ALLIANZ GLOBAL CORPORATE & SPECIALTY; ALLIANZ GLOBAL CORP. & SPEC. NORTH AMERICA /ALLIANZ OF AMERICA, INC.; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; COAST UNDERWRITERS; AMWINS SPECIALTY LOGISITCS UNDERWRITERS (ASLU); ASCOT UNDERWRITING LIMITED; AXA GENERAL INSURANCE HONG KONG LTD; ICICI EX BHARTI AXA, INDIA; CATHAY CENTURY INSURANCE; CHAUCER SYNDICATE; CNA HARDY, UK; CNA INSURANCE COMPANY LIMITED; CHINA PACIFIC INSURANCE COMPANY, SHANGHAI; FALVEY CARGO UNDERWRITING; FUBON INSURANCE CO LIMITED; HANOVER INSURANCE COMPANY; HDI GLOBAL INSURANCE COMPANY; HDI GLOBAL SE AUSTRALIA BRANCH; NOKIA; MARKEL AMERICAN INSURANCE COMPANY; CATHEDRAL UNDERWRITING LTD; MITSUI SUMITOMO INSURANCE CO., LTD (THAILAND BRANCH); MITSUI SUMITOMO INSURANCE; MITSUI SUMITOMO INSURANCE USA INC; MSIG INSURANCE (THAILAND) PUBLIC CO LTD; MUNICH RE UNDERWRITING LTD; THE NEW INDIA ASSURANCE COMPANY LTD (HK BRANCH); MOTOOL INC; NTI LIMITED (AUSTRALIA); PT MANDIRI AXA GENERAL INSURANCE; QBE; RLI INSURANCE CO.; | Case No. 22-cv-08233 |

SBI GENERAL INSURANCE; SENTINEL MARINE UNDERWRITERS, LLC. (SMU); SOMPO INSURANCE (THAILAND) PUBLIC COMPANY LIMITED; SOMPO INTERNATIONAL INSURANCE; SUNSHINE PROPERTY AND CASUALTY INSURANCE CO LTD; THE HANOVER INSURANCE COMPANY; U.S. SPECIALTY INSURANCE COMPANY; FLEXTRONICS; ROOMS TO GO; VIENNA INSURANCE GROUP; ZURICH INSURANCE; ZURICH NORTH AMERICA; ZURICH, HONG KONG; and ROANOKE - MUNICH RE SYNDICATE LTD.

*Plaintiffs,*

-against-

M/V ONE APUS, IMO no. 9806079, including its engines, boilers, tackle, and other appurtenances, etc., in rem; and CHIDORI SHIP HOLDING LLC; JESSICA SHIP HOLDING S.A.; NYK SHIP MANAGEMENT PTE LTD.; OCEAN NETWORK EXPRESS PTE LTD.; HAPAGLLOYD AKTIENGESELLCHAFT; YANG MING MARINE TRANSPORT CORP.; HMM CO., LTD., AIR SEA WORLDWIDE LOGISTICS LTD.; AIR TIGER EXPRESS ASIA INC; AIT WORLDWIDE LOGISTICS; ALLIANCE CARGO GROUP (HK) LTD; AMERICAN INTERNATIONAL CARGO SERVICE INC.; APEX MARITIME CO. (LAX) INC; APEX MARITIME CO. (ORD) LTD; APEXSHIPPING CO INC; APL LOGISTICS LTD; ARK SHIPPING INC; AZ FREIGHT INC; BDP TRANSPORT INC; BENKEL INTERNATIONAL PTE LTD; BLUE ANCHOR AMERICA LINE; BLUE LOTUS OCEAN LINE; BLUE WORLD LINE; CAPITAL EXPRESS INTERNATIONAL; CASTLEGATE LOGISTICS INC; CHINA INTERNATIONAL FREIGHT CO LTD; CHINA WHEEL SHIPPING (HOLDINGS) LTD.; CHRISTAL LINES; CJ KOREA EXPRESS SCHENXHEN CO LTD; CONNECTED INTERNATIONAL INC; CONSOLIDATOR

2

INTERNATIONAL CONTAINER SERVICE; DANMAR LINES; DE WELL CONTAINER SHIPPING INC; DIMERCO EXPRESS (USA) CORP; DSV OCEAN TRANSPORT A/S; EASTWEST LOGISTICS; EASY WAY LOGISTICS (HK) LTD.; ECU LINE NV; EURASIA FREIGHT SERVICE INC; EXPEDITORS INTERNATIONAL; FLEXPORT INTERNATIONAL LLC; GLOBAL OCEANAGENCY LINES; GLOBE EXPRESS SERVICE; GOLDEN BRIDGE NTERNATIONAL INC; GREAT CHINA SHIPPING LTD; HECNY SHIPPING LTD; HT INTERNATIONAL SUPPLY CHAIN (CHINA) LTD; INDO TRANS LOGISTICS CORPORATION; INFINITY CARGO LOGISTICS (CHINA) LTD; INTERGLOBO NORTH AMERICA INC; INTERNATIONAL FREIGHT LINE (IFL); JETSEA SHIPPING AGENCY LTD; KAMIGUMI CO LTD; MAINFREIGHT INC; MEADOWS WYE CONTAINER GROUPAGE; MITSUBISHI LOGISTICS AMERICA CORPORATION; MOHAWK GLOBAL LOGISTICS; MOL WORLDWIDE LOGISTICS; MONDIAL FREIGHT (HK) LTD; NEW CHAIN LOGISTICS CO LTD; NISSIN INTERNATIONAL TRANSPORT USA INC; OCEAN CROWN SHIPPING LTD.; ADRIENNE SHIPPING LTD.; OIA GLOBAL LOGISTICS (CHINA) LTD; ORIENT EXPRESS CONTAINER COMPANY LTD; ORIENT STAR TRANSPORT INTERNATIONAL LTD; PACIFIC CONCORD INTERNATIONAL LTD; PANCON EXPRESS SERVICE; PELORUS OCEAN LINE LTD; POWER LINK LOGISTICS INC; PROSHIPPPING GROUP CORP; PYRAMID LINES; ROHLIG USA LLC; RS LOGISTICS LTD; SAMSUNG SDS CO LTD; SANKYU INC; SCHENKER OCEAN; SEAMASTER LOGISTICS; SEKO WORLDWIDE; SHENZHEN ANDA SHUN INTERNATIONAL LOGISTICS CO LTD.; SHENZHEN AWS TOMAX INTERNATIONAL TRANSPORTATION CO LTD; SHENZHEN ENLAND LOGISTICS CO LTD; SHENZHEN FENGDA LOGISTICS INTERNATIONAL LTD; SHENZHEN

WANNING OCEAN INTERNATIONAL LOGISTICS CO., LTD; SHINE EXPRESS INC; SINO CONNECTIONS SOLUTIONS INC; SPEEDMARK LOGISTICS CO LTD; STAR ASIA INTERNATIONAL INC; THE SUMITOMO WAREHOUSE CO LTD; THORNLEY & PITT INC; TIANSHI LOGISTICS CO LTD; TOPOCEAN CONSOLIDATION SERVICE (LOS ANGELES) INC; TOSHIBA LOGISTICS; TPLOGIX INC; ANSCONSHIPPING CO INC; TRANSLINK SHIPPING LINES; TRANSPAC CARGOLINE; TRANSPORT PARTNER LTD; TVL CONTAINER LINE LTD; UNIQUE LOGISTICS INTERNATIONAL (HK) LTD; UPS ASIA GROUP PTE LTD; WESTWIND SHIPPING & LOGISTICS PRIVATE LTD.; WORLD LOGISTIC SERVICES LTD; and YES LOGISTICS CORP., *in personam.*

      *Defendants.*

This Document Relates To:

IN RE: *ONE APUS* CONTAINER SHIP INCIDENT ON NOVEMBER 30, 2020
22-MD-3028 (PAE)
-------------------------------------------------------------X
DANMAR LINES AG,

    Third-Party Plaintiff,

  -against-

M/V ONE APUS *in rem*, CHIDORI SHIP HOLDING LLC, JESSICA SHIP HOLDING S.A., NYK SHIPMANAGEMENT PTE LTD. ("NYK"), OCEAN NETWORK EXPRESS PTE LTD., ORIENT OVERSEAS CONTAINER LINE, and HAPAG-LLOYD AKTIENGESELLSCHAFT a/k/a/ HAPAG-LLOYD AG,

    Third-Party Defendants.
-------------------------------------------------------------X

4

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Third Party Plaintiff Danmar Lines AG ("Danmar"), by its undersigned attorneys, Brown Gavalas & Fromm LLP, hereby voluntarily dismisses the claims it pled in its third-party complaint (Docket Entry 95) against Third Party Defendant Orient Overseas Container Line only, without prejudice, and without costs, pursuant to Fed. R. Civ. P. 41 (a)(l )(A)(i ). Third-Party Defendant Orient Overseas Container Line has neither answered, appeared nor filed a motion for summary judgment.

Danmar does not dismiss its claims against any other third- party defendants

Dated: New York, New York
April 14, 2023

By: S/Peter Skoufalos
Peter Skoufalos
BROWN GAVALAS & FROMM LLP
*Attorneys for Defendant*
DANMAR LINES AG
60 East 42nd Street, Suite 4600
New York, New York 10165
(212) 983-8500
pskoufalos@browngavalas.com